DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GROUP ALMAX, LLC,**
Appellant,

v.

**2500 RECEIVER, INC.,**
Appellee.

No. 4D2023-0873

[May 16, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE16-20240.

Michael J. Schlesinger of Schlesinger Law Group, Miami, and Geoffrey B. Marks of the Law Offices of Geoffrey B. Marks, Coral Gables, for appellant.

Steven H. Osber of Conrad & Scherer, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***